IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: CR-21-275-5-C |
| ) | |
| OSVALDO CALVILLO-OROPEZA, ) | |
| ) | |
| Defendant. ) | |

ORDER TO SEAL DOCUMENT
Re: Doc. 195

This matter is before the Court on the Motion of the defendant to seal his Sentencing Memorandum, Motion for Downward Departure or Variance, Allocution Statement and Third Party Submissions. After having considered the motion and being otherwise advised, the Court hereby directs the Clerk to file defendant's Sentencing Memorandum, Motion for Downward Departure or Variance, Allocution Statement and Third Party Submissions under seal, and the same shall not be not to be opened without further order of Court.

**IT IS SO ORDERED** this 26th day of July 2022.

ROBIN J. CAUTHRON
United States District Judge